**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re GOLDMAN SACHS MUTUAL      )      **NOTICE OF APPEAL**
FUNDS FEE LITIGATION            )
                                )      MASTER FILE: 04-cv-2567 (NRB)
THIS DOCUMENT APPLIES TO:  ALL  )
ACTIONS                         )

FILED U.S. DC
FEB 2 2 2006
S.D. OF N.Y.

Notice is hereby given that the named plaintiffs in the above-captioned civil action (Lois Burke, Marianne Gooris, Henry C. Gross, Josef P. Pokorny, Diana D. Pokorny, Maurice Rosenthal, and Arlene Rosenthal) individually, and on behalf of those similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the January 13, 2006 Memorandum and Order of the District Court (annexed hereto as Exhibit A); and the Judgment of the District Court entered on January 23, 2006 (annexed hereto as Exhibit B) granting Defendants' motion to dismiss in its entirety Plaintiffs' Second Amended Consolidated Class Action Complaint.  A class has not yet been certified in this action.

The other parties and counsel to the Order and Judgment described above are:

**SULLIVAN & CROMWELL, LLP**
Richard H. Klapper, Esq. (klapperr@sullcrom.com)
Gandolfo V. DiBlasi, Esq. (diblasig@sullcrom.com)
Maite Aquino, Esq.
Sharon L. Nelles, Esq.
125 Broad Street
New York, New York 10004

*Attorneys for Defendants Goldman Sachs Asset Management International, Goldman Sachs Assets Management, L.P., Goldman Sachs Group, Inc., Goldman, Sachs & Co., Elizabeth D. Anderson, Danny Burke, Jesse Cole, Amy Curran, Kenneth G. Curran, Kerry K. Daniels, Dave Fishman, James A. Fitzpatrick, Peter Fortner, Philip V. Giuca, Mary F. Hoppa, Christopher Keller, James McNamara, John M. Perlowski, Alan A. Schuch, Howard B. Surloff, and Kaysie P. Uniacke*

**DRINKER BIDDLE & REATH LLP**
Charles D. Donohue, Jr., Esq. (charles.donahue@dbr.com)
140 Broadway, 39th Floor
New York, NY 10005

*Attorneys for Defendants Ashok N. Bakhru, Patrick T. Harker, Mary McPherson, Wilma J. Smelcer, Richard P. Strubel, Goldman Sachs Trust, Goldman Sachs Variable Insurance Trust Trust and Nominal Defendant Goldman Sachs Mutual Funds*

**DECHERT LLP**
David Scott Hoffner, Esq. (david.hoffner@dechert.com)
30 Rockefeller Plaza
New York, NY 10112-2200

*Attorneys for Defendant Gary D. Black*

Date: February 22, 2006

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

By: *Janine L. Pollack*

Jerome M. Congress (JC-2060)
Janine L. Pollack (JP-0178)
Kim E. Miller (KM-6996)
Michael R. Reese (MR-3183)
One Pennsylvania Plaza
New York, New York  10119
(212) 594-5300

*Plaintiffs' Lead Counsel*

**STULL, STULL & BRODY**
Jules Brody (JB - 9151)
Aaron Brody (AB - 5850)
Tzivia Brody (TB - 7268)
6 East 45th Street
New York, New York  10017
(212) 687-7230

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Plaintiffs' Executive Committee*

**WEISS & LURIE**
Joseph H. Weiss (JW - 4534)
551 Fifth Avenue
New York, New York  10176
(212) 682-3025

**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
Samuel H. Rudman
David Rosenfeld
200 Broadhollow, Suite 406
Melville, New York  11747
(631) 367-7100

*Additional Plaintiffs' Counsel*