*(handwritten)* 3V.34/vvr
04-cv-2567
Buchwald

APR 0 7 2006

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| In re GOLDMAN SACHS MUTUAL FUNDS FEE LITIGATION | ) MASTER FILE: 06-0926-cv |
| | ) |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | ) |
| | ) |

FILED
APR 3 2006

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel hereby stipulate that the above-referenced appeal is hereby withdrawn from active consideration before the Court. Such withdrawal shall be without prejudice to a reactivation of the appeal by appellants' counsel so notifying this Court by filing written notice of reactivation with the Clerk of this Court and serving such notice upon the undersigned on or before 15 days after entry of a mandate on the docket in In re Eaton Vance Mutual Funds Fees Litigation, 05-6957 or not later than March 30, 2007.

If the appeal is not reactivated or service not effected in accordance with the deadline set forth above, the appeal shall be deemed withdrawn with prejudice and without costs or attorneys fees incurred to date. See Hertzner v. Henderson, 292 F.3d 302 (2d Cir. 2002).

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under Rule 42(b) of the Federal Rules of Appellate Procedure.

CERTIFIED:
4/5/06

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: _____
Jerome M. Congress
(jcongress@milbergweiss.com)
Janine L. Pollack (jpollack@milbergweiss.com)
Kim E. Miller (kmiller@milbergweiss.com)
Michael R. Reese (mreese@milbergweiss.com)
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

*Lead Counsel and Chair of the Executive
Committee for Appellants*

STULL, STULL & BRODY
Jules Brody
Aaron Brody
6 East 45th Street
New York, NY 10017
(212) 687-7230

SCHIFFRIN & BARROWAY, LLP
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania 19004

SULLIVAN & CROMWELL LLP

By: _____
Richard H. Klapper (klapperr@sullcrom.com)
Gandolfo V. DiBlasi (diblasig@sullcrom.com)
Maite Aquino (aquinom@sullcrom.com)
Sharon L. Nelles (SN 3177)
125 Broad Street
New York, NY 10004
(212) 558-4000

*Counsel for Appellees Goldman Sachs Asset
Management International, Goldman Sachs
Assets Management, L.P., Goldman Sachs
Group, Inc., Goldman, Sachs & Co., Elizabeth
D. Anderson, Danny Burke, Jesse Cole, Amy
Curran, Kenneth G. Curran, Kerry K. Daniels,
Dave Fishman, James A. Fitzpatrick, Peter
Fortner, Philip V. Giuca, Mary F. Hoppa,
Christopher Keller, James McNamara, John M.
Perlowski, Alan A. Schuch, Howard B. Surloff,
and Kaysie P. Uniacke*

DRINKER BIDDLE & REATH LLP
By: _____
Charles D. Donohue, Jr.
(charles.donohue@dbr.com)
140 Broadway, 39th Floor
New York, NY 10005
(212) 248-3140

*Counsel for Appellees Ashok N. Bakhru,
Patrick T. Harker, Mary McPherson, Wilma J.
Smelcer, Richard P. Strubel, Goldman Sachs
Trust, Goldman Sachs Variable Insurance
Trust and Nominal Defendant Goldman Sachs
Mutual Funds*

DECHERT LLP
By: _____
David Scott Hoffner
(david.hoffner@dechert.com)
30 Rockefeller Plaza
New York, NY 10112-2200
212 698 3500

*Counsel for Appellee Gary D. Black*

2

**LAW OFFICES OF**
   **CHARLES J. PIVEN, P.A.**
Charles J. Piven
The World Trade Center — Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202

*Members of Appellants' Executive Committee*

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court

By

Lisa J. Greenberg, Staff Counsel

3